# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

     DIANA ALVAREZ, being duly sworn, deposes and says that she is not a party to this action, is over 18 years of age and is an employee in the office of MARTIN CLEARWATER & BELL LLP, attorneys for the Defendant THE NEW YORK AND PRESBYTERIAN HOSPITAL, s/h/a NEW YORK PRESBYTERIAN HOSPITAL, THE NEW YORK HOSPITAL, CORNEL MEDICAL CENTER a/k/a CORNEL HOSPITAL.

     That on the 20th day of May, 2011, she served the within **ANSWER, NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION and RULE 7.1 STATEMENT**, upon the following attorneys by depositing a true copy of the same securely enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States at 220 East 42nd Street, New York, New York 10017 directed to said attorneys at:

ISAAC RUBIN
929 43rd Street
Brooklyn, New York 11219

     that being the address within the State designated by them for the purpose of service upon them of the preceding papers in this action, or the place where they then kept an office for regular communication by mail.

_____
DIANA ALVAREZ

Sworn to before me, this
___30th___ day of May, 2011

_____
Notary Public

MILLICET YELISSA SANCHEZ
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01SA6119553
COMM. EXP. 1/9/19