Q

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 0 1 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ISAAC RUBIN,

      Plaintiff,

-against-            Docket No. 1:11-cv-01920-NGG-LB

JACOB RUBIN, a/k/a YANKY RUBIN, et al., NOTICE OF MOTION

      Defendants,
-----------------------------------------------------------x

Please be advised that the undersigned Isaac Rubin, plaintiff in the foregoing action, will move at the above court respectfully demanding an order directing his immediate release and discharge from Cornell Hospital, a defendant therein,

Motion, to be held before the Honorable Nicholas G. Garaufis, at the United States District Court, Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, at 11:00 A.M., will seek a stay and preliminary injunction against defendants.

            S/ Isaac Rubin

Motion denied. Plaintiff must exhaust state court remedies under the Mental Hygiene Law before he can bring a due process claim here.
SO ORDERED: 7/1/11

            s/Brian M. Cogan

Brian M. Cogan SJ
[illegible] part Judge